# United States District Court for the Northern District of Illinois

Case Number: **07C50216**  Assigned/Issued By: _JW_

## FEE INFORMATION

**Amount Due:**  ☑ $350.00   ☐ $39.00   ☐ $5.00
 ☐ IFP   ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: **$350.00**   Receipt #: **230657**

Date Paid: **11/2/07**   Fiscal Clerk: _JW_

## ISSUANCES

**Type Of Issuance:**
- ☑ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

Original and **0** copies on **11/2/07** (Date) as to **Industrial Molds**

C:\wpwin80\docket\feeinfo.frm  01/01