AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Dale Ludeman,

CASE NUMBER: 07 C 50216

V.

ASSIGNED JUDGE: Reinhard

Industrial Molds, Inc.

DESIGNATED
MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Industrial Molds, Inc.
5175 27th Avenue
Rockford, IL 61109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William H. Dietrich
Reinhart Boerner Van Deuren P.C.
2215 Perrygreen Way
Rockford, IL 61109

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Jennifer Whate_　　　　　　　　　　　　　11-2-07
(By) DEPUTY CLERK　　　　　　　　　　　　　　DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11-7-07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Aimee Sager | Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Corporate service – documents left with Tim Peterson – son of owner / DOB: 10-17-62 / W/M – 6'3" / 225 / Bald

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-7-07

*Signature of Server*: Aimee Sager

*Address of Server*: 50 West Douglas Street, Ste. 1200, Freeport, IL 61032

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.