UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Dale Ludeman, )
 )
    Plaintiff, )
 )
 ) NO. 07 C 50216
vs. )
 ) Assigned Judge: Philip G. Reinhard
Industrial Molds, Inc., )
 ) Designated Magistrate
    Defendant. ) Judge: P. Michael Mahoney
 )

### MOTION FOR EXTENSION OF TIME TO PLEAD

The Defendant, Industrial Molds, Inc., respectfully requests the Court for the entry of an order granting it an extension of time to plead to the Plaintiff's Complaint herein, and in support of its motion states as follows:

1. Defendant's responsive pleading is due to be filed on November 27, 2007.

2. There is another action pending between the same parties based on the same facts, transactions and occurrences pending in the Circuit Court of the 17th Judicial District, Winnebago County, Illinois, as Case No. 06 L 393.

3. Defendant will likely file a motion to stay the present proceedings pending the resolution of the state case. However, Defendant may be amenable to the consolidation of both cases before this Court. As such, an answer to the allegations of the complaint are premature at this time.

4. As a result, counsel requests an extension of time to plead to the Complaint.

5. The Plaintiff will suffer no prejudice by reason of this motion.

WHEREFORE, the Defendant, Industrial Molds, Inc. respectfully requests this Court for the entry of an order granting it an extension of time, to plead to the Plaintiff's Complaint, along with such other and further relief as this Court deems just and proper.

                Industrial Molds, Inc.,
                Defendant

        BY:    McGreevy Williams, P.C.


        BY:    /s/ Donald Q. Manning
                     Donald Q. Manning

Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, Illinois 61132-2903
815-639-3700

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF WINNEBAGO | ) |

### AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and state that I served the **Motion for Extension of Time to Plead** attached hereto upon the within named:

William Dietrich
Reinhart Boerner Van Deuren, P.C.
2215 Perrygreen Way
Rockford, IL 61107

by electronically filing said documents with the Clerk of the Federal Court using the CM/ECF filing system, at or about the hour of 3 o'clock P.M., on the 27th day of November, 2007.

_____

Subscribed and sworn to before me
this 27th day of November, 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
NANCY J. WATTERS
Notary Public, State of Illinois
My Commission Expires 04/16/10