UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Dale Ludeman,<br><br>    Plaintiff,<br><br>vs.<br><br>Industrial Molds, Inc.,<br><br>    Defendant. | )<br>)<br>)<br>) NO. 07 C 50216<br>)<br>) Assigned Judge: Philip G. Reinhard<br>)<br>) Designated Magistrate<br>) Judge: P. Michael Mahoney<br>) |

### NOTICE OF MOTION

TO:  William Dietrich
       Reinhart Boerner Van Deuren, P.C.
       2215 Perrygreen Way
       Rockford, IL 61107

YOU ARE HEREBY NOTIFIED, that on the 19th day of December, 2007, at 1:30 o'clock P.M., or as soon thereafter as Counsel may be heard, I shall appear before his Honor, Judge Mahoney, in the room usually occupied by him as a Courtroom, or in his absence, before any other Judge that may be presiding in said Courtroom, in the Courthouse in Winnebago County at Rockford, Illinois, and then and there present:

**MOTION FOR EXTENSION OF TIME TO PLEAD**

at which time and place you may appear, if you so desire.

                      INDUSTRIAL MOLDS, INC.,
                      Defendant

                      BY:   McGREEVY WILLIAMS, P.C.

                      BY:   /s/ Donald Q. Manning
                              DONALD Q. MANNING

Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903
815/639-3700
815/639-9400 (fax)

STATE OF ILLINOIS            )
                             ) SS.
COUNTY OF WINNEBAGO          )

### AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and state that I served the **Notice of Motion for Motion for Extension of Time to Plead** attached hereto upon the within named:

William Dietrich
Reinhart Boerner Van Deuren, P.C.
2215 Perrygreen Way
Rockford, IL 61107

by electronically filing said documents with the Clerk of the Federal Court using the CM/ECF filing system, at or about the hour of 3 o'clock P.M., on the 27 day of November, 2007.

Subscribed and sworn to before me this 27 day of November, 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
NANCY J. WATTERS
Notary Public, State of Illinois
My Commission Expires 04/16/10

2