EXHIBIT B



**INDUSTRIAL MOLDS, INC.**
5175 27th AVE.
ROCKFORD, IL 61109-7183
(815) 397-2971
FAX 397-0474
www.industrialmolds.com

August 28, 2006

Dale Ludeman
President
Industrial Molds, Inc.
5175 27th Avenue
Rockford, IL 61109

Re: Termination For Cause

Dear Mr. Ludeman:

I am writing on behalf of Industrial Molds, Inc., with formal notice of your termination of employment pursuant to Paragraph 5(D) of your Contract with the Company. As is described in detail below, the termination will be effective immediately.

According to the terms of your Contract, you were retained as President of the Company with the duty to use your ability and best judgment to further the best interests of the Company. Exhibit A to the Contract sets forth your duties and responsibilities in detail, including the development and implementation of the strategic direction of the Company, the provision of direction and leadership to the management teams of the Company, assuring that financial goals are met, assessing business opportunities and pursuing the appropriate ones, monitoring the daily functions of the Company, and actively promoting the positive reinforcement of safe working practices within the Company.

Your Contract also provides that you may be terminated for cause if, among other things, you engage in conduct which is substantially detrimental to the best interests of the Company. If the cause for termination involves conduct that is not capable of being cured, the termination is immediate. Further, termination for cause invokes the non-competition provisions of Paragraph 5(A), which include, as you know, prohibitions for two years against your involvement in any entity that is in a like business or otherwise competes with the Company or is a customer of the Company, in an area within 150 miles of Rockford. Finally, in the event there is litigation between you and the Company, the prevailing party is entitled to recover attorneys' fees, costs, and expenses.

**HIGH QUALITY MOLD DESIGNERS AND BUILDERS**

Your conduct has in fact been substantially detrimental to the best interests of the Company. You have received repeated demands and warnings from the ownership of the Company regarding your conduct but you have failed and refused and continue to fail and refuse to remedy the situation. As a result, your employment is hereby terminated for cause and on an immediate basis. The specific bases for the termination are: sustained lack of profit resulting from your failure to properly manage and oversee the operations and sales efforts of the Company, your failure and refusal to ensure the proper and timely repair and operation of the A77 spindle and Tree VMC's, as well the bastardization of parts to repair those and other machines, your refusal to order a spindle and attempts to mislead management about the matter, your agreement to customer terms which are injurious to the Company, your inappropriate communications with staff concerning management and owners and the related demoralization of the workforce, your direct involvement in lost sales and sales opportunities on a sustained basis, your failure to have in place and maintain processes for the operation and growth prospects for the Company, your general poor judgment, and your insubordination in failing to address inquiries from ownership.

    Inasmuch as your employment is terminated immediately, arrangements will be made for you to retrieve any personal belongings you have on the premises. Likewise, demand is hereby made that you immediately return to the Company all originals and copies of any and documents, information, goods or other assets in your possession, including information stored in an electronic format. You will receive by separate communication information required to be provided to you by law.

Very truly yours,


Jack Peterson

DQM/ms