UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Western Division

Dale Ludeman
                        Plaintiff,

v.                                            Case No.: 3:07–cv–50216
                                                   Honorable Philip G. Reinhard

Industrial Molds, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

      MINUTE entry before Judge P. Michael Mahoney : Defendant's Motion for extension of time [11] is granted. Status hearing held on 12/19/2007. Response to complaint due by 1/16/2008. Status hearing set for 1/23/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.