IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DALE LUDEMAN,

        Plaintiff,

vs.                              Case No. 07 C 50216

INDUSTRIAL MOLDS, INC.,

        Defendant.

## NOTICE OF FILING

TO:    Counsel of Record

PLEASE TAKE NOTICE that on the 4th day of January, 2008, I filed in the United States District Court for the Northern District of Illinois, Western Division: Answer and Affirmative Defenses to Amended Complaint, a copy of which is served upon you.

                                      INDUSTRIAL MOLDS, INC., Defendant
                                      BY:  MCGREEVY WILLIAMS P.C.

                                      BY:   /s/ Donald Q. Manning
                                              Donald Q. Manning

Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903
815-639-3700
fax: 815-639-9400

1

STATE OF ILLINOIS            )
                             ) SS.
COUNTY OF WINNEBAGO          )

## AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and say that I served the Answer and Affirmative Defenses to Amended Complaint, upon the within named:

| | |
|---|---|
| William H. Dietrich, Esq.<br>Reinhart Boerner Van Deuren, s.c.<br>2215 Perrygreen Way<br>Rockford, IL 61107 | John H. Zawadsky<br>Christopher P. Banaszak, Esq.<br>Christopher W. Rawsthorne, Esq.<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street<br>Suite 2100<br>Milwaukee, WI 53202<br>**Via Regular Mail Only** |

by electronically filing said documents with the Clerk of the Federal Court using the CM/ECF filing system, at or about the hour of  3  o'clock P.M., on the   4th   day of January, 2008.

_____

Subscribed and sworn to before
me this  4th  day of January, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
SHARON B. McKENZIE
Notary Public, State of Illinois
My Commission Expires 02/10/11

2