# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50216 | **DATE** | 1/9/2008 |
| **CASE TITLE** | LUDEMAN vs. INDUSTRIAL MOLDS | | |

**DOCKET ENTRY TEXT:**

Plaintiff's application for Christopher Banazak to appear pro hac vice is granted.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | GG |
|---|---|---|