UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

Dale Ludeman
                Plaintiff,

v.                                    Case No.: 3:07–cv–50216
                                          Honorable Philip G. Reinhard

Industrial Molds, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

        MINUTE entry before Judge Honorable P. Michael Mahoney:Initial Pretrial conference held on 4/30/2008. Case management order approved. FRCP 26(a)(1) disclosure due 5/16/08. FRCP 26(a)(2) reserved. As stated in open court, depositions taken in state court to stand in federal court. Amended Pleadings due by 7/31/2008. Fact Discovery ordered closed by 7/31/2008. Dispositive Motions due by 9/2/2008. Discovery Hearing set for 7/9/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.