UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Dale Ludeman | ) | |
| | ) | |
| | ) | Case No. 07-C-50216 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Industrial Molds, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To:  Clerk of Court
United States District Court
Northern District of Illinois
Western Division
211 South Court Street
Rockford, IL 61101

PLEASE TAKE NOTICE that I will be one of the attorneys appearing for Plaintiff Dale Ludeman in this action. I request that copies of all notices and other papers in this action also be served upon me at the address below.

Dated this 30th day of July, 2008.

Respectfully submitted,

By  s/ Amy L. Lindner
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
Telephone: (414) 298-1000
alindner@reinhartlaw.com
Attorney for Plaintiff
Dale Ludeman