**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Dale Ludeman | ) | |
| | ) | |
| | ) | Case No. 07-C-50216 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Industrial Molds, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008, I electronically filed our Notice of Appearance with the Clerk of Court using the ECF system.

I further certify that on July 30, 2008 the document listed above was served by the United States Postal Service to the following:

Donald Q. Manning, Esq.
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903

Dated this 30th day of July, 2008.

Respectfully submitted,

By   s/ Amy L. Lindner
        Reinhart Boerner Van Deuren s.c.
        1000 North Water Street, Suite 2100
        Milwaukee, WI 53202
        Telephone:  (414) 298-1000
        alindner@reinhartlaw.com
        Attorney for Plaintiff
        Dale Ludeman

REINHART\2408939