IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DALE LUDEMAN,

                              Plaintiff,

                vs.                                    Case No. 07 C 50216

INDUSTRIAL MOLDS, INC. and
TIM PETERSON,

                              Defendants.

## CERTIFICATE OF SERVICE

The undersigned, an attorney for plaintiff, hereby certifies that a Summons and
Second Amended Complaint were electronically filed with the Clerk of Court using the
ECF system on July 31, 2008.  The ECF system will send notification of such filing to
the following:

Donald Q. Manning, Esq.                   Jeffrey P. Orduno
McGreevy Williams, P.C.                   McGreevy Williams, P.C.
dqm@mjwpc.com                             jpo@mjwpc.com
6735 Vistagreen Way                       6735 Vistagreen Way
P.O. Box 2903                             P.O. Box 2903
Rockford, IL 61132-2903                   Rockford, IL 61132-2903

Daniel T. Williams , Jr.
McGreevy Williams, P.C.
dtw@mjwpc.com
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903

                          s/Amy L. Lindner
                          Amy L. Lindner
                          WI State Bar ID No. 1047148
                          Reinhart Boerner Van Deuren s.c.
                          1000 North Water Street, Suite 2100
                          Milwaukee, WI 53202
                          Telephone:  414-298-1000
                          Facsimile:  414-298-8097