# United States District Court for the Northern District of Illinois

Case Number: **07-50216**　　　Assigned/IssuedBy: **P6**

## FEE INFORMATION

**Amount Due:**　☐ $350.00　☐ $39.00　☐ $5.00
　　　　　　　　☐ IFP　　　☒ No Fee　☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　Receipt #: _____

Date Paid: _____　　Fiscal Clerk: _____

**FILED**
**JUL 31 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## ISSUANCES

**Type Of Issuance:**
☒ Summons　　　　　　　　☐ Alias Summons
☐ Third Party Summons　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

1 Original and **0** copies on **7/31/08** as to **Tim Peterson**
　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\fecinfo.frm　01/01