# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 07 C 50216

Dale Ludeman
   v.
Industrial Molds, Inc., and
Tim Peterson

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tim Peterson

| | |
|---|---|
| NAME (Type or print) <br> Donald Q. Manning | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Donald Q. Manning | |
| FIRM <br> McGreevy Williams, P.C. | |
| STREET ADDRESS <br> 6735 Vistagreen Way | |
| CITY/STATE/ZIP <br> Rockford, IL 61107 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Illinois Bar No.: 06194638 | TELEPHONE NUMBER <br> (815) 639-3700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |