IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DALE LUDEMAN,

                     Plaintiff,

   vs.                                Case No. 07 C 50216

INDUSTRIAL MOLDS, INC. and
TIM PETERSON

                     Defendants.

## NOTICE OF FILING

TO:    Counsel of Record

PLEASE TAKE NOTICE that on the 20th day of August, 2008, I filed in the United

States District Court for the Northern District of Illinois, Western Division: Answer to Second

Amended Complaint, a copy of which is served upon you.

                                     INDUSTRIAL MOLDS, INC., and
                                     TIM PETERSON, DefendantS

                                     BY:  MCGREEVY WILLIAMS P.C.

                                     BY:___ /s/ Donald Q. Manning
                                        Donald Q. Manning

Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903
815-639-3700
fax: 815-639-9400

STATE OF ILLINOIS          )
                                   ) SS.

COUNTY OF WINNEBAGO    )

## AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and say that I served the Answer to Second Amended Complaint, upon the within named:

Amy L. Lindner
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

John H. Zawadsky
Christopher P. Banaszak, Esq.
Christopher W. Rawsthorne, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202
**Via Regular Mail Only**

by electronically filing said documents with the Clerk of the Federal Court using the CM/ECF filing system, at or about the hour of 2:10 o'clock P.M., on the 20th day of August, 2008.

_____

Subscribed and sworn to before
me this _____ 20th day of August, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
SHARON B. McKENZIE
Notary Public, State of Illinois
My Commission Expires 02/10/11

2