UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Dale Ludeman, | ) |
| | ) |
| | ) Case No. 07-C-50216 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **FILED** |
| | ) |
| Industrial Molds, Inc. and | ) AUG 27 2008 |
| Tim Peterson, | ) |
| | ) MICHAEL W. DOBBINS |
| Defendants. | ) CLERK, U.S. DISTRICT COURT |

## NOTICE OF APPEARANCE

To: Clerk of Court
United States District Court
Northern District of Illinois
Western Division
211 South Court Street
Rockford, IL 61101

PLEASE TAKE NOTICE that Katie D. Triska will be one of the attorneys appearing for Plaintiff Dale Ludeman in this action, replacing Amy Lindner. Copies of all notices and other papers in this action should be served upon Katie D. Triska at the address below.

Dated this 26th day of August, 2008.

Respectfully submitted,

By  *[signature]*
Katie D. Triska
WI State Bar ID No. 1061398
ktriska@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
Telephone: (414) 298-1000
Attorney for Plaintiff
Dale Ludeman

REINHART\2440257

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Dale Ludeman, | ) | |
| | ) | |
| | ) | Case No. 07-C-50216 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **F I L E D** |
| | ) | |
| Industrial Molds, Inc. and | ) | AUG 2 7 2008 |
| Tim Peterson, | ) | |
| | ) | MICHAEL W. DOBBINS |
| Defendants. | ) | CLERK, U.S. DISTRICT COURT |

### CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I filed my Notice of Appearance with the Clerk of Court in person.

I further certify that on August 27, 2008 I will hand deliver the document listed above to:

Donald Q. Manning, Esq.

Dated this 27th day of August, 2008.

Respectfully submitted,

By *[signature]*
Katie D. Triska
WI State Bar ID No. 1061398
ktriska@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
Telephone: (414) 298-1000
Attorney for Plaintiff
Dale Ludeman

REINHART\2440270