IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DALE LUDEMAN,

        Plaintiff,

vs.                            Case No. 07 C 50216

INDUSTRIAL MOLDS, INC. and
TIM PETERSON

        Defendants.

### MOTION FOR LEAVE TO FILE AFFIRMATIVE DEFENSES

The Defendant, Tim Peterson, by his attorneys, McGreevy Williams, P.C. states as follows for his Motion for Leave to File Affirmative Defenses to Tortious Interference Claim:

1.     Tim Peterson attaches his proposed Affirmative Defenses to this motion.

WHEREFORE, Tim Peterson requests leave to file his Affirmative Defenses, along with an award of such other relief as the Court deems just.

                                      INDUSTRIAL MOLDS, INC., and
                                      TIM PETERSON, Defendants

                                      BY:  MCGREEVY WILLIAMS P.C.

                                      BY:    /s/ Donald Q. Manning
                                            Donald Q. Manning

Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903
815-639-3700
fax: 815-639-9400

1

STATE OF ILLINOIS )
) SS.
COUNTY OF WINNEBAGO )

## AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and say that I served the Motion for Leave to File Affirmative Defenses upon the within named:

Amy L. Lindner
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

John H. Zawadsky
Christopher P. Banaszak, Esq.
Christopher W. Rawsthorne, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

Katie D. Triska
Reinhart Boerner Van Deuren, P.C.
1000 North Water Street
Milwaukee, WI 53202

by electronically filing said documents with the Clerk of the Federal Court using the CM/ECF filing system, at or about the hour of 11:00 o'clock A.M., on the ___3rd___ day of September, 2008.

_____

Subscribed and sworn to before
me this __3rd__ day of September, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
NANCY J. WATTERS
Notary Public, State of Illinois
My Commission Expires 04/16/10

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DALE LUDEMAN,

          Plaintiff,

vs.                                Case No. 07 C 50216

INDUSTRIAL MOLDS, INC. and
TIM PETERSON

          Defendants.

### DEFENDANT, TIM PETERSON'S AFFIRMATIVE DEFENSE
### TO TORTIOUS INTERFERENCE CLAIM

The Defendant, Tim Peterson, by his attorneys, McGreevy Williams P.C., states as follows for his Affirmative Defense to Tortious Interference Claim :

1.     Tim Peterson's conduct in connection with and surrounding the termination of the Plaintiff, Dale Ludeman, was qualified, privileged and protected under Illinois law.

2.     The conduct of Tim Peterson in connection with and surrounding the employment and termination of Dale Ludeman was performed for and on behalf of the corporate defendant, and, as a result, Tim Peterson cannot be separately liable under the facts and circumstances as alleged.

WHEREFORE, Industrial Molds, Inc. and Tim Peterson request judgment in its favor and against the Plaintiff and for an award of its fees, costs and such other relief as the Court deems just and proper.

1

                INDUSTRIAL MOLDS, INC., and
                TIM PETERSON, Defendants

                BY:   MCGREEVY WILLIAMS P.C.

                BY:   /s/ Donald Q. Manning
                        Donald Q. Manning

Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903
815-639-3700
fax: 815-639-9400

STATE OF ILLINOIS         )
                          ) SS.
COUNTY OF WINNEBAGO       )

## AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and say that I served the Defendant, Tim Peterson's, Affirmative Defenses to Tortious Interference Claim upon the within named:

Amy L. Lindner
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

John H. Zawadsky
Christopher P. Banaszak, Esq.
Christopher W. Rawsthorne, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

Katie D. Triska
Reinhart Boerner Van Deuren, P.C.
1000 North Water Street
Milwaukee, WI 53202

by electronically filing said documents with the Clerk of the Federal Court using the CM/ECF filing system, at or about the hour of _____ o'clock P.M., on the _____ day of September, 2008.

_____

Subscribed and sworn to before
me this _____ day of September, 2008.


_____
NOTARY PUBLIC

3