UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dale Ludeman,<br><br>           Plaintiff,<br><br>vs.<br><br>Industrial Molds, Inc. and Tim Peterson,<br><br>           Defendants. | )<br>)<br>)<br>)    NO. 07 C 50216<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:

Amy L. Lindner
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

John H. Zawadsky
Christopher P. Banaszak, Esq.
Christopher W. Rawsthorne, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

Katie D. Triska
Reinhart Boerner Van Deuren, P.C.
1000 North Water Street
Milwaukee, WI 53202

YOU ARE HEREBY NOTIFIED, that on the 19th day of September, 2008, at 1:30 o'clock P.M., or as soon thereafter as Counsel may be heard, I shall appear before his Honor, Judge Mahoney, in the room usually occupied by him as a Courtroom, or in his absence, before any other Judge that may be presiding in said Courtroom, in the Courthouse in Winnebago County at Rockford, Illinois, and then and there present:

**MOTION FOR LEAVE TO FILE AFFIRMATIVE DEFENSES**

at which time and place you may appear, if you so desire.

INDUSTRIAL MOLDS, INC. and
Tim Peterson, Defendants

BY:   McGREEVY WILLIAMS, P.C.


BY:   /s/ Donald Q. Manning
      DONALD Q. MANNING

Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61132-2903
815/639-3700
815/639-9400 (fax)

STATE OF ILLINOIS )
) SS.
COUNTY OF WINNEBAGO )

## AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and state that I served the **Notice of Motion for Motion for Leave to File Affirmative Defenses** attached hereto upon the within named:

Amy L. Lindner
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

John H. Zawadsky
Christopher P. Banaszak, Esq.
Christopher W. Rawsthorne, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

Katie D. Triska
Reinhart Boerner Van Deuren, P.C.
1000 North Water Street
Milwaukee, WI 53202

by electronically filing said documents with the Clerk of the Federal Court using the CM/ECF filing system, at or about the hour of 11:00 o'clock A.M., on the 3rd day of September, 2008.

_____

Subscribed and sworn to before me
this 3rd day of September, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
NANCY J. WATTERS
Notary Public, State of Illinois
My Commission Expires 04/16/10

3