**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Western Division**

Dale Ludeman
                              Plaintiff,

v.                                                       Case No.: 3:07−cv−50216
                                                            Honorable Philip G. Reinhard

Industrial Molds, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 12, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Defendant's Motion for leave to file affirmative defenses [35] is granted. Presentment date stricken. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.